Argued and submitted October 5, 2011, affirmed February 8, 2012

In the Matter of the Compensation of
Cameron J. Horner, Claimant.

Cameron J. HORNER,
*Petitioner,*

*v.*

SAIF CORPORATION;
and Ryan Robert Knott, LLC,
*Respondents.*

Workers' Compensation Board
0903509; A146580

273 P3d 203

Ronald A. Fontana argued the cause for petitioner. With him on the briefs was Fontana & Takaro, P.C.

Julie Masters argued the cause and filed the brief for respondents.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Duncan, Judge.

PER CURIAM

Affirmed. *SAIF v. Swartz,* 247 Or App 515, 270 P3d 335 (2011); *SAIF v. Martinez,* 219 Or App 182, 182 P3d 873 (2008).